UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

SUBPOENA SERVED ON FORMER
SECRETARY OF EDUCATION
ELISABETH DEVOS.

No. MC 21-80075

**PROPOSAL FOR PROCEDURE
TO RESOLVE MATTER**

The Court proposes the following procedure to resolve this matter. The parties shall update their briefing as necessary and to comply with the Civil Local Rules. The opening brief shall be due **APRIL 20 AT NOON**. Opposition shall be due **APRIL 27 AT NOON**. Reply shall be due **MAY 4 AT NOON**. A hearing is set for **MAY 18 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: April 13, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE