UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

SUBPOENA SERVED ON FORMER
SECRETARY OF EDUCATION
ELISABETH DEVOS.

No. MC 21-80075 WHA

**ORDER DENYING STAY**

The Southern District of Florida transferred to this Court a motion to quash a deposition of Elisabeth DeVos, a deposition that has not yet occurred and is not even scheduled. All that is underway here is briefing on the issue transferred. Even if the Court of Appeals for the Eleventh Circuit ruled that the matter should return to Florida, there will be no harm in completing the briefing. There will be time enough in the future to consider a stay if we reach the point that an order to appear at her deposition is imminent. The motion to stay is **DENIED**. The motion to expedite is **DENIED AT MOOT**.

**IT IS SO ORDERED.**

Dated: April 19, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE