1  Jesse Panuccio
2  jpanuccio@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
3  401 E. Las Olas Blvd., Ste. 1200
   Fort Lauderdale, FL  33301
4  Telephone: (954) 356-0011

5  *Counsel for Movant Elisabeth DeVos*
   *Appearing pursuant to Fed R. Civ. P. 45(f)*
6  *and Civ. L.R. 11-1(a)*

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | In re | Case No.: MC 21-80075 WHA |
|---|---|
| SUBPOENA SERVED ON FORMER SECRETARY OF EDUCATION ELISABETH DEVOS. | **DECLARATION OF JESSE PANUCCIO IN SUPPORT OF MOTION TO QUASH RULE 45 SUBPOENA**  Judge:  Honorable William Alsup  Hearing:  May 18, 2021  Time:  8:00 a.m. |

19      I, Jesse Panuccio, declare as follows:

20      1.    I am an attorney licensed to practice law in the State of Florida and District of

21 Columbia.  I am a partner at the law firm of Boies Schiller Flexner LLP, counsel of record for

22 former Secretary of Education, Elisabeth DeVos ("Movant"), in this matter.  I make this

23 declaration in support of Movant's Motion to Quash Rule 45 Subpoena.  I have personal

24 knowledge of the facts stated herein and if called to testify could and would competently testify

25 thereto.

26      2.    Attached as Exhibit 1 is a true and correct copy of a press release titled "Student

27 Borrowers Ask Court to Allow Deposition of Betsy DeVos on Borrower Defense."  This press

28 release is available at https://predatorystudentlending.org/news/press-releases/student-borrowers-

ask-court-to-allow-deposition-of-betsy-devos-on-borrower-defense-press-release/ and I last accessed the website on April 19, 2021.

3. Attached as Exhibit 2 is a true and correct copy of an email chain from January 2021 between counsel for the United States Department of Justice and counsel for the Plaintiffs in *Sweet, et al. v. Cardona, et al.*, Case No. 3:19-cv-03674 (N.D. Cal.) (the "*Sweet* Litigation"). The attached version was filed in *In re Subpoena Served on Elisabeth DeVos*, Case No. 21-mc-14073 (S.D. Fla.) as docket entry 12-4.

4. Attached as Exhibit 3 is a true and correct copy of an email chain from January 2021 between counsel for the United States Department of Justice and counsel for the Plaintiffs in the *Sweet* Litigation.

5. Attached as Exhibit 4 is a true and correct copy of the subpoena to testify and notice of deposition served upon Elisabeth DeVos by Plaintiffs in the *Sweet* Litigation.

6. Attached as Exhibit 5 is a true and correct copy of the transcript from the February 24, 2021 hearing in the *Sweet* Litigation.

7. Attached as Exhibit 6 is a true and correct copy of a screenshot of the website https://predatorystudentlending.org/cases/sweet-v-devos/#sweet-coverage taken on February 21, 2021.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the December 15, 2020 deposition of Mark Brown in the *Sweet* Litigation. Exhibit 7 includes pages 1-13, 78-81, and 226-233.

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the December 17, 2020 deposition of James Manning in the *Sweet* Litigation. Exhibit 8 includes pages 1-9 and 66-73. Attached as Exhibit 9 is a true and correct copy of excerpts from the docket in *Energy Capital Corp. v. United States*, Case No. 97-cv-00293 (C.F.C.).

10. Attached as Exhibit 10 is a true and correct copy of excerpts from the November 20, 2020 deposition of Diane Jones in the *Sweet* Litigation. Exhibit 10 includes pages 1-13 and 182-185.

11. In order to obtain the figures listed in footnote 12 of the Motion to Quash Rule 45 Subpoena, an attorney acting pursuant to my direction first ran a search on PACER PRO for all civil cases filed against the United States Department of Education from January 1, 2017 to January 1, 2021, which revealed an entry of nearly 200 newly-filed cases. Then, the attorney narrowed those results to obtain only those civil cases still pending against the Department that were filed on or before January 1, 2021, which revealed 48 cases. Finally, the attorney ran a separate search for all civil cases initiated against Secretary DeVos in her official capacity from January 1, 2017 to January 1, 2021, which returned 47 cases.

12. At 9:20 p.m. EDT (6:20 p.m. PDT) on April 19, 2021, I sent an email to counsel for Plaintiffs in *Sweet, et al. v. Rosenfelt, et al.*, 3:19-cv-03674 (N.D. Cal.), explaining that, Secretary DeVos continues to maintain that the subpoena Plaintiffs served is prohibited under Rule 45 and the *Morgan* doctrine and that, accordingly, she planned to submit a motion and brief asking this Court to quash the subpoena. I asked counsel for Plaintiffs for their position on that proposed motion.

13. At 11:12 a.m. EDT (8:12 p.m. PDT) on April 20, 2021, counsel for Plaintiffs responded and noted their opposition to the proposed motion to quash.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 20, 2021                                              /s/ *Jesse Panuccio*
                                                                              Jesse Panuccio