SARAH E. HARRINGTON
Deputy Assistant Attorney General
STEPHANIE HINDS
Acting United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
KEVIN P. HANCOCK
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 514-3183
E-mail: kevin.p.hancock@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SUBPOENA SERVED ON FORMER SECRETARY OF EDUCATION ELISABETH DEVOS | No. 3:21-mc-80075-WHA<br><br>**DECLARATION OF KEVIN P. HANCOCK** |

I, Kevin P. Hancock, do hereby declare:

    1.    I am a Trial Attorney at the Department of Justice, Civil Division, Federal Programs Branch and counsel for the U.S. Department of Education ("Department"). I submit this declaration in support of the Department's Motion to Quash Rule 45 Deposition Subpoena.

    2.    Attached hereto as Exhibit A is a true and accurate copy of a notice of deposition and a subpoena to testify at a deposition in a civil action for Elisabeth DeVos, dated January 26, 2021, and issued by counsel of record for Plaintiffs in *Sweet, et al. v. U.S. Department of Education, et al.,* 19-cv-3674-WHA (N.D. Cal.) ("*Sweet*").

3. Attached hereto as Exhibit B is a true and accurate copy of an email exchange dated January 26, 2021 involving myself, additional counsel for the Department, and counsel of record for the Plaintiffs in *Sweet*.

4. Attached hereto as Exhibit C is a true and accurate copy of an email exchange dated January 22, 2021 involving myself, additional counsel for the Department, and counsel of record for Plaintiffs in *Sweet*.

5. Attached hereto as Exhibit D is a true and accurate copy of Plaintiffs' First Request for Production of Documents to Defendants Secretary of Education Elisabeth DeVos and the United States Department of Education (narrowed proposal), dated December 10, 2020.

6. Attached hereto as Exhibit E is a true and accurate copy of a letter dated April 16, 2021 sent from counsel of record for Plaintiffs in Sweet to counsel of record for the Department.

7. Attached hereto as Exhibit F is a true and accurate copy of excerpts from the transcript of the *Sweet* Plaintiffs' December 15, 2020 deposition of Mark Brown, with highlighting of cited passages added by myself.

8. Attached hereto as Exhibit G is a true and accurate copy of excerpts from the transcript of the *Sweet* Plaintiffs' December 9, 2020 deposition of Colleen M. Nevin, with highlighting of cited passages added by myself.

9. Attached hereto as Exhibit H is a true and accurate copy of excerpts from the transcript of the *Sweet* Plaintiffs' December 17, 2020 deposition of James Manning, with highlighting of cited passages added by myself.

10. Attached hereto as Exhibit I is a true and accurate copy of excerpts from the transcript of the *Sweet* Plaintiffs' November 20, 2020 deposition of Diane Jones, with highlighting of cited passages added by myself.

11. Attached hereto as Exhibit J is a true and accurate copy of Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories in *Sweet*, dated December 7, 2020.

12. Attached hereto as Exhibit K is a true and accurate copy of an excerpt from the transcript of the *Sweet* Plaintiffs' December 9, 2020 deposition of Colleen M. Nevin, with highlighting of cited passages added by myself.

13. Attached hereto as Exhibit L is a true and accurate copy of Defendants' Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories in *Sweet*, dated December 14, 2020.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed on April 20, 2021.

/s/ *Kevin P. Hancock*
Kevin P. Hancock

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28