| | |
|---|---|
| Joseph Jaramillo (SBN 178566) | Rebecca C. Ellis *(pro hac vice)* |
| Claire Torchiana (SBN 330232) | Margaret E. O'Grady (*pro hac vice*) |
| HOUSING & ECONOMIC RIGHTS ADVOCATES | LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL |
| 3950 Broadway, Suite 200 | 122 Boylston Street |
| Oakland, CA 94611 | Jamaica Plain, MA 02130 |
| jjaramillo@heraca.org | mogrady@law.harvard.edu |
| ctorchiana@heraca.org | rellis@law.harvard.edu |
| Tel: (510) 271-8443 | Tel: (617) 390-3003 |
| Fax: (510) 868-4521 | Fax: (617) 522-0715 |

*Attorneys for* Sweet *Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE SUBPOENA SERVED ON FORMER SECRETARY OF EDUCATION ELISABETH DEVOS | No. 3:21-mc-80075-WHA<br><br>**RESPONSE TO MAY 10, 2021 ORDER REQUESTING "AN ORGANIZATIONAL CHART DELINEATING CHAIN OF COMMAND"** |

Counsel for the Plaintiffs in the underlying litigation *Sweet v. Cardona*, No. 3:19-cv-03674-WHA (the "*Sweet* Plaintiffs"), provide the following simplified flow chart in response to this Court's May 10, 2021 Order requesting that the parties submit "an organizational chart delineating the chain of command between former Secretary DeVos and the four former officials already deposed in [*Sweet*], Principal Deputy Under Secretary Jones, Director Nevin, Chief Operating Officer Brown, and Acting Under Secretary Manning." ECF No. 44. This flow chart does not purport to include all the "branches" or positions in the Department of Education, but rather shows only the reporting relationships between the four deponents and former Secretary DeVos.

```
           ┌─────────────────────────┐
           │  Secretary and Deputy¹  │
           │       Secretary         │
           └───────────┬─────────────┘
                       │
           ┌───────────┴──────────────────┐
           │  Office of the Under Secretary│
           │  James Manning (4/2017-5/2018)│
           │  Diane Jones (5/2018 1/2021) │
           └───────────┬──────────────────┘
                       │
           ┌───────────┴──────────────────┐
           │     Federal Student Aid      │
           │  James Manning (1/2018-3/2019)│
           │  Mark Brown (3/2019 - 3/2021)│
           └───────────┬──────────────────┘
                       │
                ┌──────┴──────────────┐
                │ Partner Participation│
                │     and Oversight   │
                └──────┬──────────────┘
                       │
                ┌──────┴──────────────┐
                │ Consumer Directorate│
                └──────┬──────────────┘
                       │
                ┌──────┴──────────────┐
                │ Borrower Defense Unit│
                │ Colleen Nevin (2017-2020)│
                └─────────────────────┘
```

Dated: May 12, 2021                    Respectfully submitted,

                                       /s/ Margaret O'Grady
                                       Rebecca C. Ellis (*pro hac vice*)
                                       Margaret E. O'Grady (*pro hac vice*)
                                       LEGAL SERVICES CENTER OF
                                       HARVARD LAW SCHOOL
                                       122 Boylston Street

---

[1] The Deputy Secretary of Education "focuses on the development and implementation of policies, programs, and activities relating to elementary and secondary education matters." Office of the Deputy Secretary, U.S. Dep't of Educ., https://www2.ed.gov/about/offices/list/ods/index.html (last visited May 12, 2021).

Jamaica Plain, MA 02130
mogrady@law.harvard.edu
rellis@law.harvard.edu
Tel: (617) 390-3003
Fax: (617) 522-0715

Joseph Jaramillo (SBN 178566)
Claire Torchiana (SBN 330232)
HOUSING & ECONOMIC RIGHTS ADVOCATES
3950 Broadway, Suite 200
Oakland, CA 94611
jjaramillo@heraca.org
ctorchiana@heraca.org
Tel: (510) 271-8443
Fax: (510) 868-4521

*Attorneys for* Sweet *Plaintiffs*