BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
Acting United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
Email: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUBPOENA SERVED ON FORMER SECRETARY OF EDUCATION ELISABETH DEVOS | No. 3:21-mc-80075-WHA<br><br>**RESPONSE TO MAY 10, 2021 ORDER** |

On May 10, 2021, the Court entered an order requesting that the parties submit "an organizational chart delineating the chain of command between former-Secretary DeVos and the four former officials already deposed in case No. C 19-03674 WHA, Principal Deputy Under Secretary Jones, Director Nevin, Chief Operating Officer Brown, and Acting Under Secretary Manning." ECF No. 44. The Court further ordered the parties to "strive" to submit a joint filing. *Id*. The parties have met and conferred, but were unable to reach agreement on a joint filing. The Department of Education ("Department") submits the following response.

Attached to this filing are three charts that, taken together, reflect the organizational structure that connects the Borrower Defense Group to the Department's larger operation. The first

chart (Exhibit A) shows a high-level view of the Department's operating structure. At the top is the Office of the Secretary and Deputy Secretary, to which all other offices ultimately report. One of the offices that reports to the Office of the Secretary and the Deputy Secretary is the Office of the Under Secretary. During the time period relevant to this case, first James Manning (from April 2017-May 2018) and then Diane Jones (from May 2018-January 2021) exercised the duties of the Under Secretary. This chart shows that several offices report to the Office of the Under Secretary, including Federal Student Aid.

The second chart (Exhibit B) shows the organizational structure of Federal Student Aid ("FSA"), which is comprised of several component offices. As relevant here, one of those offices is Enforcement. The third chart (Exhibit C) shows in more granular detail the operating structure of FSA. At the top is the Chief Operating Officer, a position that was occupied by James Manning from January 2018 through March 2019 and General Mark Brown from March 2019 through March 2021. Beneath the Chief Operating Officer is the Office of the Principal Deputy to the Chief Operating Officer and then four other permanent offices, specifically the Office of Student Experience and Aid Delivery, the Office of Partner Participation and Oversight, the Office of Strategic Measures and Outcomes, and the Office of Strategy, Innovation, and Transformation. The second page of the third chart (Exhibit C) shows the organizational structure of the Office of Partner Participation and Oversight, which oversees five directorates including, as relevant here, the Partner Enforcement and Consumer Protection Directorate. This is the office that is referred to by the shorthand "Enforcement" in the second chart (Exhibit B). There are five "groups" under the "Enforcement" directorate, including the Borrower Defense Group. Colleen Nevin held the position of Director of the Borrower Defense Group from 2017 to 2020 and is now Director of Partner Enforcement and Consumer Protection.

Taken together, these charts demonstrate the following "chain of command," strictly in terms of who a given officer directly reports to[1]: the Director of the Borrower Defense Group directly reports to the Director of the Partner Enforcement and Consumer Protection Directorate;

---

[1] Federal agencies develop policy through a number of means, taking into account the input of any number of individuals, including both those that are listed on the formal chain of command and those who are not.

who reports to the Director of the Office of Partner Participation and Oversight; who reports to the Principal Deputy to the Chief Operating Officer of FSA; who reports to the Chief Operating Officer of FSA; who reports to the Office of the Under Secretary of Education; who reports to the Offices of the Secretary and the Deputy Secretary.

Dated: May 12, 2021                                Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ R. Charlie Merritt
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-8098
Email: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*