# Exhibit A



U.S. Department of Education

US Department of Education

U.S. Department of Education

---

Print
Close Window

---

Print
Close Window

---

Operating Structure

Select an office from the coordinating structure below for more information about it. A text version of the Department's coordinating structure and descriptions of offices' roles and functions are also available.

---



> White House
> Initiatives*

\* The White House Initiatives are Center for Faith-Based and Neighborhood Partnerships, White House Initiative on American Indian and Alaska Native Education, White House Initiative on Educational Excellence for Hispanics, and White House Initiative on Educational Excellence for African Americans.

Print
Close Window

Print
Close Window

Last Modified: 02/25/2021