**Exhibit B**

# Federal Student Aid Organization Chart

