**Exhibit C**

# A.  Federal Student Aid Organizational Chart



* Sunset date on or about 9/30/2022

## E.  Organizational Chart – Partner Participation and Oversight

