| | |
|---|---|
| 1 | Jesse Panuccio |
| 2 | jpanuccio@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 3 | 401 E. Las Olas Blvd., Ste. 1200 |
|   | Fort Lauderdale, FL  33301 |
| 4 | Telephone: (954) 356-0011 |
| 5 | *Counsel for Movant Elisabeth DeVos* |
|   | *Appearing pursuant to Fed R. Civ. P. 45(f)* |
| 6 | *and Civ. L.R. 11-1(a)* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No.: MC 21-80075 |
| SUBPOENA SERVED ON FORMER SECRETARY OF EDUCATION ELISABETH DEVOS. | **NOTICE OF FILING** |
| | Judge:  Honorable William Alsup |

NOTICE OF FILING, Case No.: MC 21-80075

**TO THE COURT AND RESPONDENTS AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that, on June 2, 2021, Movant Elisabeth DeVos, by and through counsel, filed a Petition for Writ of Mandamus in the United States Court of Appeals for the Ninth Circuit.  *See* Order Denying Motion to Quash, Doc. 54 at 12 ("This order shall be **STAYED** for fourteen days or until the resolution of any mandamus review, whichever comes later.").

Dated: June 2, 2021                                                                    Respectfully submitted,


                                          /s/  *Jesse Panuccio*
                                        Jesse Panuccio
                                        Counsel for Movant Elisabeth DeVos

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Jesse Panuccio*
Jesse Panuccio