BRIAN D. NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
Acting United States Attorney
MARCIA BERMAN
Assistant Branch Director
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-8098
Email: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE SUBPOENA SERVED ON FORMER SECRETARY OF EDUCATION ELISABETH DEVOS | No. 3:21-mc-80075-WHA<br><br>**NOTICE OF FILING OF PETITION FOR WRIT OF MANDAMUS** |

Pursuant to Federal Rule of Appellate Procedure 21(a)(1), the Department of Education respectfully provides notice that on June 2, 2021, the Department filed a petition for writ of mandamus in the United States Court of Appeals for the Ninth Circuit. A copy of the petition and accompanying addendum is attached.

Dated:  June 2, 2021                                    Respectfully submitted,


                                                        BRIAN D. NETTER
                                                        Deputy Assistant Attorney General

                                                        MARCIA BERMAN
                                                        Assistant Branch Director

/s/ *R. Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-8098
Email: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*