UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SUBPOENA SERVED ON FORMER SECRETARY OF EDUCATION ELISABETH DEVOS. | No. MC 21-80075 WHA<br><br>**RESPONSE OF DISTRICT COURT TO INVITATION TO SUPPLEMENT** |

Our court of appeals invited a response regarding the petition for a writ of mandamus in the above-captioned matter. The undersigned thanks our court of appeals for the opportunity but has nothing further to add.

Dated: June 21, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE