UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: U.S. DEPARTMENT OF EDUCATION; MIGUEL A. CARDONA, in his official capacity as Secretary of the Department of Education, _____ <br><br> U.S. DEPARTMENT OF EDUCATION; MIGUEL A. CARDONA, in his official capacity as Secretary of the Department of Education, <br><br>            Petitioners, <br><br>   v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, <br><br>            Respondent, <br><br> THERESA SWEET; et al., <br><br>            Real Parties in Interest. | No.   21-71108 <br><br> D.C. No. 3:21-mc-80075-WHA <br> Northern District of California, <br> San Francisco <br><br> ORDER |
| In re: ELISABETH DEVOS, Former U.S. Secretary of Education, _____ <br><br> ELISABETH DEVOS, Former U.S. Secretary of Education, <br><br>            Petitioner, | No.   21-71109 <br><br> D.C. No. 3:21-mc-80075-WHA |

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

    Respondent,

CHENELLE ARCHIBALD; et al.,

    Real Parties in Interest.

Before: PAEZ, M. SMITH, and NGUYEN, Circuit Judges.

    A judge of this court has sua sponte called for a vote to determine whether this case should be reheard en banc. The parties are directed to file simultaneous briefs setting forth their respective positions as to whether this case should be reheard en banc. The briefs shall not exceed 15 pages or 4,200 words and shall be filed within twenty-one (21) days of the date of this order.